UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN MCCLANE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF WALLA WALLA, CITY ATTORNEY TIM DONALDSON, COUNTY CLERK KATHY MARTIN and JUDGE JOHN W. LOHRMANN,<br><br>    Defendants. | NO: 4:17-CV-5067-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT<br><br>**1915(g)** |

BEFORE THE COURT is Magistrate Judge Dimke's Report and Recommendation to dismiss the complaint for failure to state a claim upon which relief may be granted. ECF No. 12. Plaintiff, a prisoner at the Stafford Creek Corrections Center, is proceeding *pro se* and *in forma pauperis;* Defendants have not been served. Plaintiff has filed no objections.

By Order filed August 16, 2017, Plaintiff was advised of the deficiencies of his complaint and directed to amend or voluntarily dismiss within sixty (60) days.

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT ~ 1

ECF No. 11.  Specifically, Plaintiff failed to allege facts sufficient to establish municipal liability against the City of Walla Walla.  *City of St. Louis v. Praprotnik*, 485 U.S. 112, 121 (1988); *Monell v. Dept. of Social Services*, 436 U.S. 658, 690 (1978).  He also failed to allege facts which would lower the shield of either absolute prosecutorial immunity, *Imbler v. Pachtman,* 424 U.S. 409, 430-431 (1976); *Schlegel v. Bebout*, 841 F.2d 937, 943-44 (9th Cir. 1988), or absolute judicial immunity, *Stump v. Sparkman*, 435 U.S. 349, 356 (1978); *Ashelman v. Pope*, 793 F.2d 1072, 1075 (9th Cir. 1986).  In addition, he presented no facts which would lower the shield of absolute quasi-judicial immunity enjoyed by the County Clerk of Court.  *Mullis v. United States Bankr. Court*, 828 F.2d 1385, 1390 (9th Cir. 1987).

Although cautioned that failure to amend to state a claim upon which relief may be granted would result in the dismissal of the complaint and a "strike" under 28 U.S.C. § 1915(g), Plaintiff did not amend and has filed nothing further in this action.

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  **Plaintiff is advised to read the statutory provisions under 28 U.S.C. § 1915.  This dismissal of Plaintiff's complaint may**

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT ~ 2

**count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**Accordingly, IT IS HEREBY ORDERED**:

1. The Report and Recommendation, ECF No. 12, is **ADOPTED in its entirety.**

2. The complaint, ECF No. 6, is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

3. Plaintiff's *in forma pauperis* status is revoked.

4. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and **CLOSE** the file. The Clerk of Court is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Corrections Division.

**DATED** January 18, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT ~ 3